**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HEATHER SHULER, | : | NO. 4:25-CV-00634 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| FRANK BISIGNANO, | : | |
| *Commissioner of Social Security*, | : | |
| Defendant. | : | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is

**ORDERED** that:

(1)   The decision of the Commissioner of Social Security denying the Plaintiff benefits under the Social Security Act is **AFFIRMED**;

(2)   Final judgment will be entered in the Defendant's favor; and

(3)   The Clerk of Court is directed to **CLOSE** this case.

Date: July 8, 2026                    s/*Sean A. Camoni*
                                      Sean A. Camoni
                                      United States Magistrate Judge

Page 1 of 1